UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106

August 23, 2018

Christopher P. Fiore
Fiore & Barber LLC
418 Main St Suite 100
Harleysville, PA 19438

RE: Malibu Media, LLC v. Geoff Doyer

CIVIL ACTION NO.: 18-1643

Dear Mr. Fiore:

    A review of the Court's records shows that a pleading has not been made in the above-captioned action in response to the complaint by the Defendant Geoff Doyer.

    If such a pleading is not filed by the above named defendants on or before September 4, 2018 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

    If the Request for Default is not filed by September 14, 2018 the court may enter an order dismissing the case against the above named defendants for lack of prosecution.

Very Truly Yours,

Ulrike Hevener
Courtroom Deputy to Judge Kearney

CC By Mail:  Geoff Doyer